# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

HON. JOSHUA H. ROBERTS; HON. MARY   :   No. 136 MM 2023
C. MCGINLEY; HON. NICOLA HENRY-  :
TAYLOR; HON. SABRINA KORBEL; HON.  :
LISA G. MIDDLEMAN; HON. TIFFANY E.  :
SIZEMORE; HON. WRENNA L. WATSON;  :
AND HON. DAVID H. CONROY,  :
  :
       Petitioners  :
  :
  :
  :
        v.  :
  :
  :
PENNSYLVANIA STATE EMPLOYEES'  :
RETIREMENT BOARD; DAVID R.  :
FILLMAN; GLENN E. BECKER; HON. JOHN  :
M. DISANTO; HON. DAN B. FRANKEL;  :
STACY GARRITY; HON. VINCENT J.  :
HUGHES; GREGORY K. JORDAN; HON.  :
PAUL SCHEMEL; MARY A. SODERBERG;  :
GREGORY C. THALL; AND RICHARD  :
VAGUE, IN THEIR OFFICIAL CAPACITIES  :
AS MEMBERS OF THE PENNSYLVANIA  :
STATE EMPLOYEES' RETIREMENT  :
BOARD,  :
  :
       Respondents  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of April, 2024, the Application for Leave to File Reply is GRANTED, and the "Petition for Permission to Appeal Interlocutory Order under Pa.R.A.P. 1311(b) and 42 Pa.C.S. § 702(b)" is DENIED.